Retirement especial 1981–2018 Lawsuits in Courts Houses.

**U.S. Department of Justice**
**United States Marshals Service**

Family - disable

**PROCESS RECEIPT AND RETURN**
See Instructions for "Service of Process by the U.S. Marshal" on the reverse of this form. # 93-CV-2951 Suite 790-Newark

**PLAINTIFF** Barbara Serowik - Urbas, RN
**COURT CASE NUMBER** 17-CV-13039

**DEFENDANTS** ALL people listed in Lawsuits. The judges are criminal, too (1981–2018) in court's houses. BU.
**TYPE OF PROCESS**

**SERVE** NAME OF INDIVIDUAL, COMPANY, CORPORATION, ETC., TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN
① 8 Worker's Compensation at 60 State Str, Hackensack N.J. 07601
**AT** ADDRESS (Street or RFD, Apartment No., City, State and ZIP Code)
② 1 Worker's Compensation 124 Halsey Str, Newark N.J.
③ Medical Malpractice Mal-legal, Mal-Judges Hal MO, Mal Social Employees and many others listed. BU.

SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW:

Barbara Urbas
174 Polifly Rd, F-7
Hackensack N.J. 07601

Number of process to be served with this Form - 285
Number of parties to be served in this case
Check for service on U.S.A.

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE (Include Business and Alternate Addresses, All Telephone Numbers, and Estimated Times Available For Service):
see reports - settlements
① 9 Worker's Compensation
② 5 Car's Injury
③ Many doctor's in medical malpractice
④ Many Lawyers in gross neglegence and judges (dismanage Lawsuits & Austin and never fix it til now) and
⑤ Mal-MO - gross neglegence ⑥ Mal-Social ⑦ Banks ⑧ Real Broker - Halina Strzepek Sweepstakes Publishers, Lottery BU

gross neglegence - all
fraud
harassment

Signature of Attorney or other Originator requesting service on behalf of:
☑ PLAINTIFF
☐ DEFENDANT
TELEPHONE NUMBER
DATE 2/5/2018

**SPACE BELOW FOR USE OF U.S. MARSHAL ONLY — DO NOT WRITE BELOW THIS LINE**

| I acknowledge receipt for the total number of process indicated. (Sign only first USM 285 if more than one USM 285 is submitted) | Total Process | District of Origin No. | District to Serve No. | Signature of Authorized USMS Deputy or Clerk C.R. | Date 2-5-18 |

I hereby certify and return that I ☐ have personally served, ☐ have legal evidence of service, ☐ have executed as shown in "Remarks", the process described on the individual, company, corporation, etc., at the address shown above or on the individual, company, corporation, etc., shown at the address inserted below.

☐ I hereby certify and return that I am unable to locate the individual, company, corporation, etc., named above (See remarks below)

Name and title of individual served (if not shown above)

☐ A person of suitable age and discretion then residing in the defendant's usual place of abode.

Address (complete only if different than shown above)

Date of Service
Time
am
pm

Signature of U.S. Marshal or Deputy

| Service Fee | Total Mileage Charges (including endeavors) | Forwarding Fee | Total Charges | Advance Deposits | Amount owed to U.S. Marshal or | Amount of Refund |

**REMARKS:** We need names. unexecuted.
8 Worker's Compensation is not a name.

PRIOR EDITIONS MAY BE USED
**1. CLERK OF THE COURT**
FORM USM-285 (Rev. 12/15/80)
(Instructions Rev. 12/08)

**U.S. Department of Justice**
United States Marshals Service

# PROCESS RECEIPT AND RETURN
*See "Instructions for Service of Process by U.S. Marshal"*

| PLAINTIFF<br>BARBARA SEROWILK -URBAS | COURT CASE NUMBER<br>17CV-13039-KM-JBC |
|---|---|
| DEFENDANT<br>B. FILIPCZAK, MD., ET AL., | TYPE OF PROCESS<br>Summons & Complaint |

**SERVE AT**
NAME OF INDIVIDUAL, COMPANY, CORPORATION. ETC. TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN

ADDRESS *(Street or RFD. Apartment No., City, State and ZIP Code)*

SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW

BARBARA SEROWILK -URBAS
174 POLIFLY RD, F-7
HACKENSACK, NJ 07601

| | |
|---|---|
| Number of process to be served with this Form 285 | |
| Number of parties to be served in this case | |
| Check for service on U.S.A. | |

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE *(Include Business and Alternate Addresses, All Telephone Numbers, and Estimated Times Available for Service):*

Fold                                                                                                         Fold

1.) DO NOT WRITE ANY COMPLAINT INFORMATION IN THIS FIELD OR ON THE TOP OF THIS FORM.
2.) COMPLAINTS ARE FILED WITH THE COURT NOT ON THIS FORM.
3.) IF THERE ARE TWO ADDRESS FOR THE DEFEND USE A SECOND USM-285 FORM
4.) ONLY THE DEFENDANT NAME AND DEFENDANT ADDRESS.

| Signature of Attorney other Originator requesting service on behalf of: | ☐ PLAINTIFF<br>☐ DEFENDANT | TELEPHONE NUMBER<br>(201) 814-8027 | DATE |
|---|---|---|---|

## SPACE BELOW FOR USE OF U.S. MARSHAL ONLY-- DO NOT WRITE BELOW THIS LINE

| I acknowledge receipt for the total number of process indicated. *(Sign only for USM 285 if more than one USM 285 is submitted)* | Total Process | District of Origin<br>No. ____ | District to Serve<br>No. ____ | Signature of Authorized USMS Deputy or Clerk | Date |
|---|---|---|---|---|---|

I hereby certify and return that I ☐ have personally served, ☐ have legal evidence of service, ☐ have executed as shown in "Remarks", the process described on the individual, company, corporation, etc., at the address shown above on the on the individual, company, corporation, etc. shown at the address inserted below.

☐ I hereby certify and return that I am unable to locate the individual, company, corporation, etc. named above *(See remarks below)*

| Name and title of individual served *(if not shown above)* | ☐ A person of suitable age and discretion then residing in defendant's usual place of abode | | |
|---|---|---|---|
| Address *(complete only different than shown above)* | Date | Time | ☐ am<br>☐ pm |
| | Signature of U.S. Marshal or Deputy | | |

| Service Fee | Total Mileage Charges including *endeavors* | Forwarding Fee | Total Charges | Advance Deposits | Amount owed to U.S. Marshal* or (Amount of Refund*) |
|---|---|---|---|---|---|
| | | | | | $0.00 |

REMARKS:

**DISTRIBUTE TO:**
1. CLERK OF THE COURT
2. USMS RECORD
3. NOTICE OF SERVICE
4. BILLING STATEMENT*: To be returned to the U.S. Marshal with payment, if any amount is owed. Please remit promptly payable to U.S. Marshal.
5. ACKNOWLEDGMENT OF RECEIPT

PRIOR EDITIONS MAY BE USED

Form USM-285
Rev. 11/13