**U.S. Department of Justice**
**United States Marshals Service**

**PROCESS RECEIPT AND RETURN**
See Instructions for "Service of Process by the U.S. Marshal" on the reverse of this form.

| PLAINTIFF | COURT CASE NUMBER |
|---|---|
| Barbara Serowik-Urbas  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 | 2:17-cv-13039-KM-JBC |

| DEFENDANT | TYPE OF PROCESS |
|---|---|
| John Vasille, M.D. - Cabrini Hospital NY - Neurologist | 17-13039  28 U.S.C 1915 |

**SERVE** — NAME OF INDIVIDUAL, COMPANY, CORPORATION, ETC., TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN

John Vasille, MD    (John Vasille)

ADDRESS (Street or RFD, Apartment No., City, State and ZIP Code)

**AT** Cabrini Hospital NY - Neurologist - work

SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW:

Barbara Urbas
1174 Polifly Rd, F-7
Hackensack N.J. 07601

Number of process to be served with this Form - 285
Number of parties to be served in this case
Check for service on U.S.A.

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE (Include Business and Alternate Addresses, All Telephone Numbers, and Estimated Times Available For Service):

(2) Gelman and Gelman - and 100 doctors are in law suits 50+ years, One Broadway (Route 4) Elmwood Park N.J. 07407   25 years are in criminal law suits and others BU.
(201) 794-3131
The doctor John Vasille did EEG with polaroid needle not fully sterilized after manengatis patient. He infected me and I developed more ill. He also damage my nerve. 1983 BU.

Signature of Attorney or other Originator requesting service on behalf of:  ☐ PLAINTIFF  ☐ DEFENDANT

TELEPHONE NUMBER | DATE

---

**SPACE BELOW FOR USE OF U.S. MARSHAL ONLY — DO NOT WRITE BELOW THIS LINE**

| I acknowledge receipt for the total number of process indicated. (Sign only first USM 285 if more than one USM 285 is submitted) | Total Process | District of Origin No. 50 | District to Serve No. 50 | Signature of Authorized USMS Deputy or Clerk  CR | Date 1-24- |

I hereby certify and return that I ☐ have personally served, ☐ have legal evidence of service, ☐ have executed as shown in "Remarks", the process described on the individual, company, corporation, etc., at the address shown above or on the individual, company, corporation, etc., shown at the address inserted below.

☐ I hereby certify and return that I am unable to locate the individual, company, corporation, etc., named above (See remarks below)

Name and title of individual served (if not shown above)

☐ A person of suitable age and discretion then residing in the defendant's usual place of abode.

Address (complete only if different than shown above)

Date of Service: 2-1-17   Time: pm

Signature of U.S. Marshal or Deputy:  CR.

| Service Fee | Total Mileage Charges (including endeavors) | Forwarding Fee | Total Charges | Advance Deposits | Amount owed to U.S. Marshal or | Amount of Refund |

REMARKS: NEW York RETURN unexecuted No Address on form & Printed a copy of article of Cabrini not in Business

See back.

PRIOR EDITIONS    1. CLERK OF THE COURT    FORM USM

# PROCESS RECEIPT AND RETURN

U.S. Department of Justice
United States Marshals Service

See Instructions for "Service of Process by the U.S. Marshal" on the reverse of this form.

| | |
|---|---|
| PLAINTIFF Barbara Serowik-Urbas | COURT CASE NUMBER 2:17-CV-13039-KM-JBC |
| DEFENDANT R. Petyn, M.D. -Wallington/E Rutherford Enterist 42 Locust Ave office N.J. - home | TYPE OF PROCESS 17-13039  28 U.S.C. 1915 |

SERVE NAME OF INDIVIDUAL, COMPANY, CORPORATION, ETC., TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN

→ R. Petyn, M.D.

ADDRESS (Street or RFD, Apartment No., City, State and ZIP Code)

AT 42 Locust Ave Wallington N.J. 07057 - office

SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW:

Barbara Urbas
174 Polifly Rd, F-7
Hackensack N.J. 07601

| | |
|---|---|
| Number of process to be served with this Form - 285 | |
| Number of parties to be served in this case | |
| Check for service on U.S.A. | |

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE (Include Business and Alternate Addresses, Telephone Numbers, and Estimated Times Available For Service):

3) ① ② Goldstein, Ballon, O'Route, Wildstein, lawyers judges and others
201) Gelman and Gelman - lawyers and other lawyers
489- ③ Kouliskourzdis and ass - 45 Hudson St, Hackensack N.J. 07601, and others
6644 The doctor R. Petyn, MD damage my head and harassing us with false. He also collect fraud and harassing us til now and molesting us with others. B.u.
All family got hurt and suffering a lot in total lost. B.u.

Signature of Attorney or other Originator requesting service on behalf of: ☐ PLAINTIFF  ☐ DEFENDANT   TELEPHONE NUMBER   DATE

## SPACE BELOW FOR USE OF U.S. MARSHAL ONLY — DO NOT WRITE BELOW THIS LINE

| I acknowledge receipt for the total number of process indicated. (Sign only first USM 285 if more than one USM 285 is submitted) | Total Process | District of Origin No. 50 | District to Serve No. 50 | Signature of Authorized USMS Deputy or Clerk CR | Date 1-24-18 |
|---|---|---|---|---|---|

I hereby certify and return that I ☐ have personally served, ☐ have legal evidence of service, ☐ have executed as shown in "Remarks", the process described on the individual, company, corporation, etc., at the address shown above or on the individual, company, corporation, etc., shown at the address inserted below.

☑ I hereby certify and return that I am unable to locate the individual, company, corporation, etc., named above (See remarks below)

| Name and title of individual served (if not shown above) | ☐ A person of suitable age and discretion then residing in the defendant's usual place of abode. |
|---|---|
| Address (complete only if different than shown above) | Date of Service 2/7/18   Time   am/pm |
| | Signature of U.S. Marshal or Deputy |

| Service Fee 65 | Total Mileage Charges (including endeavors) 11.77 | Forwarding Fee | Total Charges | Advance Deposits | Amount owed to U.S. Marshal or | Amount of Refund |
|---|---|---|---|---|---|---|

REMARKS:
2/7/18 - No One by that name at That address, Office Building

 JaDiS 17-CV-13039  ③

# U.S. Department of Justice
## United States Marshals Service

**PROCESS RECEIPT AND RETURN**
See Instructions for "Service of Process by the U.S. Marshal"
on the reverse of this form.

dead.
No 93-3986

| | |
|---|---|
| PLAINTIFF: Barbara Serowik - Urbas - 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 / 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 | COURT CASE NUMBER: 2:17-cv-13039-KM-JBC |
| DEFENDANT: B. Filipczak, MD, 400 Passaic Str, 07055 N.J. Family part surgeon | TYPE OF PROCESS: 17-13039   28 U.S.C 1915 |

**SERVE** NAME OF INDIVIDUAL, COMPANY, CORPORATION, ETC., TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN
→ B Filipczak, MD

**AT** ADDRESS (Street or RFD, Apartment No., City, State and ZIP Code)
400 Passaic Str, NJ 07055 - office and home.

SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW:

Barbara Urbas
174 Polifly Rd, F-7
Hackensack N.J. 07601

Number of process to be served with this Form - 285:
Number of parties to be served in this case: 2
Check for service on U.S.A.

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE (Include Business and Alternate Addresses, All Telephone Numbers, and Estimated Times Available For Service):

1) Goldstain, Ballen, O'Rourke, Wildstein PA 22-1934470 Federal Employers No 473-1113
One Howe Ave, Passaic, N.J. 07055 and Robert Sirota Paul Sewark Law.
After Injury at work 9/22/81 & Electro-Scan INC - Garfield NY now Wayne.
Tomas Electronics - Wayne. - my L-foot was damage by adhesive elastic wrap that doctor B. Filipczak apply for 5 weeks. The bones was damage and nerve, arteri pedis I developed malignacy in L-foot.

Signature of Attorney or other Originator requesting service on behalf of:
☒ PLAINTIFF
☐ DEFENDANT
TELEPHONE NUMBER
DATE

---

**SPACE BELOW FOR USE OF U.S. MARSHAL ONLY — DO NOT WRITE BELOW THIS LINE**

| I acknowledge receipt for the total number of process indicated. (Sign only first USM 285 if more than one USM 285 is submitted) | Total Process | District of Origin No. 9 | District to Serve No. | Signature of Authorized USMS Deputy or Clerk CR | Date 1-24-18 |

I hereby certify and return that I ☐ have personally served, ☐ have legal evidence of service, ☐ have executed as shown in "Remarks", the process described on the individual, company, corporation, etc., at the address shown above or on the individual, company, corporation, etc., shown at the address inserted below.

☒ I hereby certify and return that I am unable to locate the individual, company, corporation, etc., named above (See remarks below)

Name and title of individual served (if not shown above):
☐ A person of suitable age and discretion then residing in the defendant's usual place of abode.

Address (complete only if different than shown above):
Date of Service: 2/7/18   Time: am/pm
Signature of U.S. Marshal or Deputy

| Service Fee 65 | Total Mileage Charges (including endeavors) 11.77 | Forwarding Fee | Total Charges | Advance Deposits | Amount owed to U.S. Marshal or Amount of Refund |

REMARKS:
2/7/18 - That address belongs to 2 Crecent Ave. I spoke w/ Donna Rabinowitz who stated she has lived there for 19 years and there has never been anyone by that name there.

---

PRIOR EDITIONS MAY BE USED — **1. CLERK OF THE COURT** — FORM USM-285 (Rev. 12/15/80) (Instructions Rev. 12/08)

17-cv-13039 #4

*He is dead?*

# U.S. Department of Justice
# United States Marshals Service

**PROCESS RECEIPT AND RETURN**
See Instructions for "Service of Process by the U.S. Marshal" on the reverse of this form.

**PLAINTIFF:** Barbara Serowik-Urbas - 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
**COURT CASE NUMBER:** 2:17-CV-13039-KM-JBC

**DEFENDANT:** A. Palmeri, M.D. - N.J. - Clifton 07015 ginecology
**TYPE OF PROCESS:** 17-13039 28 U.S.C. 1915

**SERVE NAME OF INDIVIDUAL, COMPANY, CORPORATION, ETC., TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN**
A. Palmeri, M.D.

**AT ADDRESS** (Street or RFD, Apartment No., City, State and ZIP Code)
0111 Chelsea Rd, Clifton N.J. 07015 - office

**SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW:**

Barbara Urbas
174 Polifly Rd, F-7
Hackensack N.J. 07601

- Number of process to be served with this Form - 285
- Number of parties to be served in this case
- Check for service on U.S.A.

**SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE** (Include Business and Alternate Addresses, All Telephone Numbers, and Estimated Times Available For Service):

1) Goldstein, Ballen, O'Rouke, Wildstein PA.
2) Gelman, Gelman, Lawyers, - and other Lawyers.

The doctor A. Palmeri M.D cut my bladder during 2-second C-secion in S'Mary's hospital - Passaic N.J 07055. I also developed infection to my whole body. - 1984. All doctors collect fraud and harassing us.

**Signature of Attorney or other Originator requesting service on behalf of:** ☐ PLAINTIFF ☐ DEFENDANT
**TELEPHONE NUMBER:**
**DATE:**

---

## SPACE BELOW FOR USE OF U.S. MARSHAL ONLY — DO NOT WRITE BELOW THIS LINE

| I acknowledge receipt for the total number of process indicated. (Sign only first USM 285 if more than one USM 285 is submitted) | Total Process | District of Origin No. 50 | District to Serve No. 50 | Signature of Authorized USMS Deputy or Clerk: C.R. | Date: 1-24-18 |

I hereby certify and return that I ☐ have personally served, ☐ have legal evidence of service, ☐ have executed as shown in "Remarks", the process described on the individual, company, corporation, etc., at the address shown above or on the individual, company, corporation, etc., shown at the address inserted below.

☑ I hereby certify and return that I am unable to locate the individual, company, corporation, etc., named above (See remarks below)

**Name and title of individual served** (if not shown above)

☐ A person of suitable age and discretion then residing in the defendant's usual place of abode.

**Address** (complete only if different than shown above)

**Date of Service:** 2/7/18
**Time:** am/pm
**Signature of U.S. Marshal or Deputy**

| Service Fee 105 | Total Mileage Charges (including endeavors) 11.77 | Forwarding Fee | Total Charges | Advance Deposits | Amount owed to U.S. Marshal or Amount of Refund |

**REMARKS:** 2/7/18 - Endeavor made - no answer at door - space looks empty

---

**PRIOR EDITIONS MAY BE USED**
**1. CLERK OF THE COURT**
**FORM USM-285 (Rev. 12/15/80)**
(Instructions Rev. 12/08)

17-cv-13039 ①

# UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

**BARBARA URBAS,**
*Plaintiff*

V.

**SUMMONS IN A CIVIL CASE**

**B. FILIPCZAK, M.D., ET AL.,**
*Defendant*

CASE NUMBER: **2:17-CV-13039-KM-JBC**

TO: *(Name and address of Defendant):*

B. Filipczak MD
400 Passaic Street
Passaic NJ 07055
(Office & Home)

A lawsuit has been filed against you.

    Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States Agency, or an office or employee of the United States described in Fed. R. civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

    If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

**WILLIAM T. WALSH**
CLERK

**Donato Marucci**
(By) DEPUTY CLERK



ISSUED ON 2018-01-25 16:19:04, Clerk
USDC NJD

# UNITED STATES DISTRICT COURT
### DISTRICT OF NEW JERSEY

**BARBARA URBAS,**
*Plaintiff*

V.  **SUMMONS IN A CIVIL CASE**

**B. FILIPCZAK, M.D., ET AL.,**
*Defendant*

CASE NUMBER: **2:17-CV-13039-KM-JBC**

TO: *(Name and address of Defendant):*

A. Palmeri MD
111 Chelsea Rd
Clifton, NJ 07015

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States Agency, or an office or employee of the United States described in Fed. R. civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

**WILLIAM T. WALSH**
CLERK

**Donato Marucci**
(By) DEPUTY CLERK



ISSUED ON 2018-01-25 16:19:04, Clerk
USDC NJD

Case 2:17-cv-13039-KM-JBC   Document 6   Filed 01/25/18   Page 1 of 2 PageID: 34

# UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

**BARBARA URBAS,**
*Plaintiff*

V.

**SUMMONS IN A CIVIL CASE**

**B. FILIPCZAK, M.D., ET AL.,**
*Defendant*

CASE NUMBER: **2:17-CV-13039-KM-JBC**

TO: *(Name and address of Defendant):*

R. Petyn MD
42 Locust Ave.
Wallington NJ 07057

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States Agency, or an office or employee of the United States described in Fed. R. civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

**WILLIAM T. WALSH**
CLERK

**Donato Marucci**
(By) DEPUTY CLERK



ISSUED ON **2018-01-25 16:19:04**, Clerk
USDC NJD